FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
OCT 05 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

AUDREY RENEE ANDERSON,

Plaintiff,

v.

TYLER PERRY STUDIOS, LLC,

Defendant.

Civil Action No. 1:26-CV-5761

COMPLAINT FOR COPYRIGHT INFRINGEMENT

JURY TRIAL DEMANDED

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

## I. NATURE OF THE ACTION

1. This is an action for copyright infringement arising from Defendant's alleged unauthorized copying, adaptation, use, production, and/or distribution of copyright-protected expression contained in Plaintiff's original novel, The Sunday Paper.

2. Plaintiff is the author and copyright owner of The Sunday Paper, an original literary work first published in 2011.

3. Plaintiff alleges that Tyler Perry was provided copies of The Sunday Paper in approximately 2020 and again in approximately 2022 when Plaintiff submitted the work in connection with her interest in obtaining a writing position.

4. Plaintiff did not authorize Tyler Perry, Tyler Perry Studios, LLC, or anyone acting on their behalf to reproduce, adapt, copy, or incorporate copyright-protected expression from The Sunday Paper into motion pictures, television programs, streaming productions, scripts, or other works.

5. Beginning with productions released in or after 2024, Plaintiff discovered what she alleges are numerous similarities between protectable expression in The Sunday Paper and works associated with Tyler Perry and/or Tyler Perry Studios.

6. Plaintiff alleges that these similarities, considered individually and collectively and together with Defendant's alleged opportunity to access Plaintiff's novel, constitute unauthorized copying of protected expression from The Sunday Paper.

## II. PARTIES

7. Plaintiff Audrey Renee Anderson is an individual residing in Cairo, Georgia.

8. Plaintiff is the sole author and copyright claimant of the literary work The Sunday Paper.

9. Defendant Tyler Perry Studios, LLC is a Georgia limited liability company engaged in, among other things, the development and production of motion pictures, television programming, and entertainment content.

10. Defendant conducts substantial business within the Northern District of Georgia.

11. Upon information and belief, Defendant's studio operations are located in Atlanta, Georgia, within this judicial district.

## III. JURISDICTION AND VENUE

12. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Copyright Act, 17 U.S.C. §§ 101 et seq.

13. This Court has authority to grant the remedies provided by the Copyright Act, including those available under 17 U.S.C. §§ 502 through 505.

14. Venue is alleged to be proper in this District pursuant to 28 U.S.C. § 1400(a) because Defendant resides or may be found in this District and allegedly committed acts giving rise to Plaintiff's copyright claim within this District.

## IV. PLAINTIFF'S COPYRIGHTED WORK

15. Plaintiff authored the novel The Sunday Paper.

16. The Sunday Paper was completed and first published in 2011.

17. The United States Copyright Office registered The Sunday Paper under Registration Number TX 9-629-413.

18. The effective date of Plaintiff's copyright registration is February 17, 2026.

19. The Copyright Office registration identifies Audrey Renee Anderson as the author of the novel and Audrey Renee Anderson as the copyright claimant.

20. Plaintiff owns the copyright in The Sunday Paper, including the exclusive rights afforded to a copyright owner under 17 U.S.C. § 106.

21. A copy of Plaintiff's copyright registration certificate is attached as Exhibit A.

## V. DEFENDANT'S ALLEGED ACCESS TO THE SUNDAY PAPER

22. Plaintiff alleges that in approximately 2020 she emailed The Sunday Paper to Tyler Perry in connection with an expression of interest in obtaining a writing position.

23. Plaintiff alleges that she again emailed the work to Tyler Perry in approximately 2022.

24. Plaintiff alleges that these transmissions provided Tyler Perry and/or persons associated with Defendant an opportunity to access Plaintiff's work before the production and release of the works at issue in this action.

25. Plaintiff never granted Defendant a license or other authorization to copy, reproduce, adapt, or use copyright-protected expression contained in The Sunday Paper.

## VI. ALLEGED COPYING AND SUBSTANTIAL SIMILARITIES

26. Plaintiff alleges that the 2024 motion picture Divorce in the Black contains multiple similarities to The Sunday Paper, including a preacher's-daughter protagonist; a disfavored romantic partner; a church-connected alternative romantic interest; an elderly church member and robbery-related sequence; a return to a rural hometown; hospital sequences after violent assaults; a telephone/home-invasion sequence; and a climactic kitchen-floor shooting followed by a romantic resolution.

27. Plaintiff alleges that in both works a female protagonist is on the telephone with a male character while another person breaks into her home, and that the male character hears the intrusion and responds by coming to the protagonist's home.

28. Plaintiff alleges that in both The Sunday Paper and Divorce in the Black, a principal male character ends up dead on a kitchen floor after being shot with a firearm associated with the protagonist's father, and the female protagonist thereafter ultimately ends up romantically connected with the other principal male character.

29. Plaintiff further alleges similarities between romantic dialogue in Divorce in the Black and a poem contained on pages 162-163 of The Sunday Paper, including the juxtaposition between physical intimacy and falling in love.

30. Plaintiff alleges that the combination, arrangement, sequence, and interaction of these elements is relevant to substantial similarity and is not limited to generalized themes or ideas.

31. Plaintiff alleges that Beauty in Black contains additional similarities involving a male character's relationship with a stripper and an offer of financial support if the stripper quits that occupation; two brothers occupying significant positions in an institution associated with their deceased father; and use of the name Rain.

32. Plaintiff alleges that Madea's Destination Wedding contains similarities to the character history surrounding Benjamin in The Sunday Paper, including foster care, street activity, violent loss of a close family member, a change in life direction, and teardrop imagery.

33. Plaintiff alleges that Finding Joy contains dialogue and character traits similar to portions of The Sunday Paper, including a character whose certainty about life is disrupted by a romantic relationship and a female protagonist whose expectations concerning romance are shaped by romance novels.

34. Plaintiff alleges that Joe's College Road Trip contains a comparable parent-child disagreement concerning attendance at an HBCU followed by the younger character changing position concerning attendance.

35. Plaintiff alleges that Divorced Sistas contains similarities involving dialogue concerning God's forgiveness followed by a request for personal forgiveness, characterization of pastors and fathers, and a scene in which a usual relationship ritual involving entering a house is broken and carries emotional significance.

## VII. NOTICE TO DEFENDANT

36. On or about August 3, 2026, Plaintiff prepared and/or sent Defendant a cease-and-desist demand concerning the alleged unauthorized use of The Sunday Paper.

37. The letter identified Plaintiff's work and described numerous alleged similarities between The Sunday Paper and productions associated with Tyler Perry.

38. Plaintiff demanded that Defendant cease unauthorized use of her work, provide written assurance of compliance, and disclose the extent to which her work had been used and identify related projects.

39. Plaintiff reserved all available legal remedies.

40. A copy of the cease-and-desist letter is attached as Exhibit B.

**COUNT I - COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 106 AND 501)**

41. Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

42. Plaintiff owns a valid copyright in The Sunday Paper.

43. Plaintiff's work contains original copyright-protected expression.

44. Plaintiff alleges that Defendant and/or persons acting with or through Defendant had access to The Sunday Paper before the creation and release of the accused works.

45. Plaintiff alleges that Defendant, directly or through persons acting on its behalf, copied protectable elements of The Sunday Paper without Plaintiff's permission.

46. Plaintiff alleges that the accused works contain similarities in protectable expression, including combinations and arrangements of plot events, character relationships, dialogue, sequences, and narrative details.

47. Plaintiff alleges that the similarities should be evaluated not merely as isolated concepts but, where legally appropriate, in their selection, coordination, arrangement, sequence, and expression.

48. Plaintiff never authorized Defendant to reproduce, prepare derivative works from, distribute, publicly perform, publicly display, or otherwise exploit copyright-protected portions of The Sunday Paper.

49. Plaintiff alleges that Defendant's unauthorized acts constitute infringement under 17 U.S.C. § 501.

50. Plaintiff alleges that Defendant's infringement has caused and continues to cause Plaintiff financial injury and other legally cognizable harm.

51. Plaintiff alleges that Defendant has received revenues and profits attributable to the exploitation of the accused works, the precise amount of which is presently unknown and is expected to be the subject of discovery.

**VIII. INJURY AND DAMAGES**

52. As a direct and proximate result of the alleged infringement, Plaintiff alleges that she has suffered damages in an amount to be established through discovery and at trial.

53. Plaintiff seeks recovery of her actual damages and any profits of Defendant attributable to infringement that are recoverable under 17 U.S.C. § 504 and are not otherwise taken into account in calculating actual damages.

54. In light of the effective date of registration, Plaintiff seeks actual damages and Defendant's profits under 17 U.S.C. § 504(b), together with other relief legally available. Plaintiff does not seek statutory damages or attorney's fees for any infringement for which such remedies are barred by 17 U.S.C. § 412.

55. Plaintiff seeks appropriate injunctive relief under 17 U.S.C. § 502 against proven continuing or future infringement of her copyright.

56. Plaintiff seeks the impounding and/or disposition of infringing materials to the extent authorized by 17 U.S.C. § 503 and appropriate based upon the evidence developed in this action.

57. Plaintiff seeks recoverable costs to the extent permitted by 17 U.S.C. § 505 and applicable law.

## IX. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Audrey Renee Anderson respectfully requests that the Court enter judgment in her favor and against Defendant Tyler Perry Studios, LLC and:

A. Declare that Defendant has infringed Plaintiff's copyright in The Sunday Paper to the extent established by the evidence;

B. Enter appropriate preliminary and permanent injunctive relief pursuant to 17 U.S.C. § 502 against further infringement of Plaintiff's copyrighted work;

C. Award Plaintiff her actual damages and Defendant's profits attributable to infringement pursuant to 17 U.S.C. § 504(b), in amounts to be determined through discovery and at trial;

D. Award any other monetary relief for which Plaintiff establishes entitlement, excluding statutory damages to the extent barred by 17 U.S.C. § 412;

E. Order appropriate relief concerning infringing copies or materials pursuant to 17 U.S.C. § 503, if established and warranted;

F. Award Plaintiff her recoverable costs to the extent permitted by 17 U.S.C. § 505 and applicable law;

G. Award pre-judgment and post-judgment interest to the extent permitted by law; and

H. Grant such other and further relief as the Court determines to be just and proper.

## X. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted this 5th day of October, 2026.

______________________________

AUDREY RENEE ANDERSON
Plaintiff, Pro Se
1193 Willie C Harris Drive
Cairo, Georgia 39828
Telephone: 229-327-5860
Email: audreyrenee@hotmail.com

**Registration Number**
**TX 9-629-413**
**Effective Date of Registration:**
February 17, 2026
**Registration Decision Date:**
August 26, 2026

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** The Sunday Paper

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** January 01, 2011
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-0-557-73317-0

## Author

- **Author:** Audrey Renee Anderson
  **Author Created:** Novel
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1978

## Copyright Claimant

**Copyright Claimant:** Audrey Renee Anderson
1193 Willie C Harris Drive, Cairo, GA, 39828, United States

## Certification

**Name:** Audrey Anderson
**Date:** February 17, 2026

---

**Correspondence:** Yes

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

# EXHIBIT B

## CEASE AND DESIST DEMAND LETTER

Date: August 3, 2026

To:
Tyler Perry Studios
One Tyler Perry Studios Way
Atlanta, GA 30310

Re: Unauthorized Use of Intellectual Property – The Sunday Paper by Audrey Anderson, 1193 Willie C Harris Drive, Cairo, Georgia 39828

Dear Mr. Tyler Perry

I am writing to formally ask that you immediately cease and desist from any and all use of my original literary work entitled The Sunday Paper.

It has come to my attention that elements of The Sunday Paper, a work I authored and hold rights to, have been used, reproduced, adapted, or otherwise incorporated into one or more of your projects without my authorization. This unauthorized use constitutes a violation of my intellectual property rights under applicable copyright laws.

I am the original creator and rightful owner of The Sunday Paper, which was created in 2010, emailed to you in 2020 and again in 2022 as an expression of interest in a writing position, but any use of its protected elements without my permission is unlawful. The similarities between my work and your major production(s) (2024 and after) include, but are not limited to:

- Divorce in the Black had similar Characters as The Sunday Paper-The main character in Tyler Perry's movie Divorce in the Black and the main character in my novel The Sunday Paper were both preachers' daughters. At the start of the stories, both were in love with bad boys that their parents (mostly their fathers) did not like, (Ava was in love with Dallas in Divorce in the Black and Bettina was in love with Shawn Steels in The Sunday Paper). Ava and Bettina were encouraged by their fathers to date respectively, Benji (member of father's church) in Divorce in the Black and Benjamin (father's assistant pastor) in The Sunday Paper.
- Divorce in the Black had similar backstories as The Sunday Paper. In Divorce in the Black, during the first scene, the funeral scene, while the protagonist's father, Pastor Clarence, was giving the eulogy, he said, "Breaking into old folks' home, This boy is in this casket because shortly after getting out of prison, he tried to rob an elderly member of this church and she shot him dead." In chapter 2 of The Sunday Paper, Bettina was learning about what happened to an elderly member of her church, the passage reads....And I (Bettina) accidentally asked aloud, "Now who would want to rob such a nice old lady?" Mary turned off the music and took in a large gulp of air as if she had been drowning, and I had just pulled her out of the water, "I heard that the police had a suspect, but not enough evidence to make an arrest. And they are not telling people who their suspect is," she tapped my right arm, "and get this, Ms. Taylor came home while the robber was still in her house. But he got away. She said that he jetted before she could get her pistol."
- Divorce in the Black had similar settings as The Sunday Paper. In both stories, the protagonist was coming home from a bigger city, which in Divorce in the Black was Atlanta. Ava came back to her parents' home in her rural hometown after her husband wanted a divorce. In The Sunday Paper, Bettina was coming from a large fictional (college town) to her parents' home in her rural hometown after she graduated from college. Another similar setting is the hospital after Divorce in the Black's Pastor Clarence had been beat up by the Bertran brothers, and after The Sunday Paper's Shawn Steels had been beat up by a gang called The Black Dukes.
- Divorce in the Black had a similar scene as The Sunday Paper. In both stories, the protagonist was on the phone, while someone was breaking into her home. In Divorce in the Black, Dallas was the bad guy. In The Sunday

Paper, Shawn Steels was not the bad guy, (everyone just thought he was the bad guy up until the end of the story). Ava in Divorce in the Black was on the phone with Benji, Bettina in The Sunday Paper was on the phone with Shawn Steels. The same event occurred in both Perry's movie Divorce in the Black and in my book The Sunday Paper, the assailant was breaking in, while the protagonist was on the phone with her savior. Hearing the breaking glass over the phone led her savior to come to the protagonist's house in an attempt to save her. (This scene leads to the next scene below)

- Divorce in the Black and The Sunday Paper had similar Ending Scenes- In both stories, Dallas from Divorce in the Black and Shawn Steels from The Sunday Paper end up dead on the kitchen floor, both shot by the protagonist's father's gun. In both stories, the protagonist lives happily ever after, Ava with Divorce in the Black's Benji and Bettina with The Sunday Paper's Benjamin .

- Divorce in the Black had similar lines as The Sunday Paper- In an intimate scene in Divorce in the Black, the line the protagonist says is, "I want you to make love to me." Benji says, "As much as I want to, I don't want to." The last line of a poem in The Sunday Paper written by the protagonist is "To move your soul is as intimate as my temple can be, I won't make love to you because I want you to fall in love with me."Pg. 162-163, The Sunday Paper.

* Beauty in Black and The Sunday Paper had similar scenes. In Beauty in Black, Horace Bellarie has not come out but he is gay, and he is involved with a male stripper named Angel. He wants Angel to quit being a stripper, and he wants to take care of him, Horace Bellarie says to Angel, "That house, I was going to put you and Kimmie up there, and take care of you, all you had to do (referencing Angel) was take care of me." In The Sunday Paper, Isaac is the main character's brother, who everyone believed was gay in the beginning of the book, but he had fallen in love with Candice, revealing that he was not gay after all. In The Sunday Paper, Candice said, "Isaac came to the club last Friday night, and the bouncers let him in. I spotted him while I was dancing, but I acted like I didn't see him. He sat in the back staring at me like I disgusted him," I put my hand on her (Candice's) shoulder (she continued), "he called me after work and asked me to quit my job. I told him that I couldn't quit, that I didn't know how to do anything else, and I can't live off of minimum wage. Today, he gave me three hundred dollars, and he told me that he would keep giving me money if I quit (her work as a stripper )" Pg. 164-165 The Sunday Paper.

* Similarities in the name of a character in Beauty in Black to a name of a character in The Sunday Paper. Rain was a fake name of one of my characters in The Sunday Paper. Rain is the name of a supporting character in the series Beauty in Black. Her name was also referenced in the title of the first episode in the first season "Make it Rain" Tyler Perry sought out Amber Reign Smith to play her role in Beauty in Black before auditions and production according to a post she made on Facebook. In the post, he told her one thing about the role, that her name will be Rain. The post was a copy of the text she received from Tyler Perry. (copy of that text is attached)

- Similarities in Madea's Destination Wedding and The Sunday Paper - In The Sunday Paper, Benjamin said to the protagonist, "My dad tried to raise me, but I remember him telling me that he didn't want me to end up on the streets like him. He put me in foster care when I was nine years old," I finally wiped away the tears because I knew that more tears were coming, "it is so ironic that I was raised in the streets anyway, the Black Dukes became my family. But a couple of months ago, I read in the Obituary section of the newspaper that my dad was found dead in his apartment. He had been shot in the back of his head, execution style," his face was expressionless with only a single tear at the corner of his eye, he swallowed hard, "and right there while holding that Sunday Paper, God called me. Even though that kind of death may still be my fate, considering all of the bad things I have done, I will serve God until that day comes." Pg. 159 The Sunday Paper. Benjamin was admitting that before officially meeting the protagonist that he had fallen in love with her picture which was on the same page of the newspaper as The Obituary Section which contained his Father's obituary. In Madea's Destination Wedding, Brian (played by Tyler Perry) did not approve of who his daughter was marrying. The character she was marrying had been in and out of foster care, and he said to Brian, "I used to sling dope, I watched my brother get killed right in front of me. So I got out of the game. I met your daughter and she saved me. She encourages me and she keeps me on the right track." He had the tattoo of a teardrop underneath his eye. Speaking of that tattoo of a teardrop, Shawn Steels in

my book The Sunday Paper had the same tattoo on his chest. Shawn Steels told the protagonist ( which was his ex) that the tattoo was not a teardrop (which would reference her nickname, Crybaby), he told her that the tattoo was actually a raindrop, representing his current girlfriend whose name he said was Rain. But near the end of the book, the protagonist found out that the tattoo on Shawn was actually a teardrop.

* Similarities in Finding Joy and The Sunday Paper's lines. In Finding Joy, the main character Ridge says to Joy, "I thought I had it all figured out, I thought my way was the right way, but you messed up my ability to be alone." In The Sunday Paper, Shawn said (to the protagonist), "You screw things up," I glowered, but he touched my hand that was over my heart and said tenderly, "I have everything figured out, but when I am with you, I don't know a thing." Pg. 123 The Sunday Paper.

- Similarities in character traits in Finding Joy and The Sunday Paper. In Finding Joy, Littia said in the beginning about her roommate (main character) Joy, " She needs to stop reading all of those romance novels, aint no man like it is in those books". Littia said to Joy in the next scene, "When you meet a guy, you get lost in a fantasy in your head, like those books you have been reading"...Near the end of the movie, Ridge said to Joy, "You lived what you thought you could only read about." The first lines of The Sunday Paper is from a letter written to the protagonist, "When I was a little girl, I loved reading romance novels. The stories were real to me, so real that I believed God was the author of my life. His theme for my story was, of course, love. And he created for me, his main character, a perfect match – a soul mate."

* Similarities in the arc of characters in Joe's College Road Trip and The Sunday Paper. There were similarities in Bettina from The Sunday Paper and BJ from Joe's College Road Trip. In Joe's College Road Trip, Tyler Perry's Character Brian said to his son BJ and his son's white friends, after one of them referred to Morehouse as Crap, "Morehouse is a great school. It's one of the finest HBCU's there is" They asked what was an HBCU and Brian said, "HBCU is a Historically Black college and university." They told Brian that they have decided to go to Pepperdine University, but after the road trip BJ took with his Grandad Joe, he changed his mind and decided to attend Morehouse. In The Sunday Paper, the protagonist's father Rev. Alexander said, "When you, Bettina, first came to me saying that you were not going to a Historically Black University, I must admit I was disappointed." Bettina thinks silently, after her father's speech on Pg 17, which reads.... Little did he know that I should have listened to him four years ago and attended an HBCU.

- Similarities in dialogue in Divorced Sistas and The Sunday Paper. In Divorced Sistas, a member of the church was asking The First Lady, "Do you think God will forgive me?" "Will you forgive me?" In The Sunday Paper, the protagonist said, "If you ask God for forgiveness, he will forgive you," I was preaching to a preacher. "Do you forgive me?"(he asked) He put his head down. Pg. 159 The Sunday Paper

* Similarities in Divorced Sistas, Divorce in the Black, and The Sunday Paper character traits. Pastor Jeff In Divorced Sistas and Pastor Clarence in Divorce in the Black had similar character traits as Rev. Benjamin Greenburg and Rev. Alexander in The Sunday Paper. Pastor Jeff and Pastor Clarence were both good pastors and father figures and they were protective of their families and comfortable with firearms like Rev. Alexander. Also, Pastor Jeff and Pastor Clarence were portrayed as being really affectionate and emotionally intimate with their wives, much like how Rev. Greenburg was with the protagonist in The Sunday Paper.

* Similarities in a scene in Divorced Sistas and The Sunday Paper. In Divorced Sistas, Pastor Jeff leaves the first lady out in the car. This is the first time that he doesn't open the car door for her to go into the house, which is a trigger for her and causes her to stay in the car all night long. In The Sunday Paper, page 155 reads, I gave in, "Ok," and for the first time since we met, he (Rev. Greenburg) sped off without watching me go into the house.

Accordingly, you are hereby directed to:

1. Immediately cease and desist from any further use, production, distribution, or promotion of any work derived from or substantially similar to The Sunday Paper.
2. Provide written assurance within ten (10) days of receipt of this letter that you have complied with this demand.

3. Disclose the extent to which my work has been used and identify all related projects.

If you fail to comply with these demands, I reserve the right to pursue all available legal remedies. This letter is sent without prejudice to any of my rights, all of which are expressly reserved.

Sincerely,
Audrey Anderson
audreyrenee\@hotmail.com
229-327-5860

# EXHIBIT C
## SIDE-BY-SIDE SUBSTANTIAL-SIMILARITY COMPARISON
## THE SUNDAY PAPER AND DIVORCE IN THE BLACK

| No. / Feature | THE SUNDAY PAPER Passage / Page | DIVORCE IN THE BLACK Accused Scene / Dialogue | Plaintiff's Alleged Similarity |
|---|---|---|---|
| **1. Protagonist / Preacher's Daughter and Romantic Triangle** | The Sunday Paper: Bettina is a preacher's daughter. Plaintiff states that at the beginning of the story Bettina is in love with Shawn Steels, a "bad boy" whom her parents, especially her father, do not like. Her father encourages her toward Benjamin, his assistant pastor. | Divorce in the Black: Plaintiff states that Ava is also a preacher's daughter and begins the story in love with Dallas, a man her parents, especially her father, do not like. Plaintiff states that Ava's father encourages her toward Benji, a member of his church. | Alleged similarity: preacher's-daughter protagonist + disfavored romantic partner + father/church-connected alternative love interest. |
| **2. Elderly Church Member / Robbery Sequence** | The Sunday Paper, Chapter 2: Bettina asks, "Now who would want to rob such a nice old lady?" Mary explains that an elderly church member came home while the robber was still inside, that he escaped, and that she said he fled before she could get her pistol. | Divorce in the Black: Plaintiff describes the opening funeral scene as including Pastor Clarence explaining that the deceased had tried to rob an elderly member of the church after getting out of prison and that she shot him dead. | Alleged similarity: an elderly church member, a robbery/intrusion, and a firearm are used as connected story elements. |
| **3. Return from a Larger City to a Rural Hometown** | The Sunday Paper: Plaintiff states that Bettina returns from a large fictional college town to her parents' home in her rural hometown after graduating from college. | Divorce in the Black: Plaintiff states that Ava returns from Atlanta to her parents' home in her rural hometown after her husband wants a divorce. | Alleged similarity: the female protagonist returns from a larger urban/college environment to her parents' rural hometown during a major life transition. |
| **4. Hospital Setting Following a Violent Assault** | The Sunday Paper: Plaintiff identifies a hospital sequence after Shawn Steels is beaten by a gang called the Black Dukes. | Divorce in the Black: Plaintiff identifies a hospital sequence after Pastor Clarence is beaten by the Bertran brothers. | Alleged similarity: a significant male character is violently beaten, followed by a hospital setting/sequence. |
| **5. Telephone Call During Home Break-In** | The Sunday Paper: Plaintiff states that Bettina is on the telephone with Shawn Steels while someone breaks into her home. The breaking glass is heard over the telephone, leading Shawn to come to Bettina's house in an attempt to save her. | Divorce in the Black: Plaintiff states that Ava is on the telephone with Benji while Dallas breaks into her home. The breaking glass is heard over the telephone, leading Benji to come to Ava's house in an attempt to save her. | Alleged similarity: protagonist on phone with a male 'savior' during an active break-in + breaking glass heard over phone + male character comes to the house. |
| **6. Climactic Kitchen-Floor Shooting and Romantic Resolution** | The Sunday Paper: Plaintiff states that Shawn Steels ends up dead on the kitchen floor after being shot with the protagonist's father's gun. Plaintiff states that Bettina ultimately lives happily ever after with Benjamin. | Divorce in the Black: Plaintiff states that Dallas ends up dead on the kitchen floor after being shot with the protagonist's father's gun. Plaintiff states that Ava ultimately ends up with Benji. | Alleged similarity: principal male character dead on kitchen floor + shot with protagonist's father's gun + protagonist ultimately paired with the alternative love interest. |
| **7. Romantic Dialogue / Refusal of Physical Intimacy** | The Sunday Paper, pp. 162-163: Plaintiff identifies the final line of a poem by the protagonist: "To move your soul is as intimate as my temple can be, I won't make love to you because I want you to fall in love with me." | Divorce in the Black: Plaintiff states that during an intimate scene Ava says, "I want you to make love to me," and Benji responds, "As much as I want to, I don't want to." | Alleged similarity: an intimate encounter is framed around a desire for love/emotional commitment rather than immediate physical intimacy. |

# EXHIBIT C

## PLAINTIFF'S TRANSCRIPT AND SCENE COMPARISON SUPPLEMENT

## *THE SUNDAY PAPER / DIVORCE IN THE BLACK*

## Prepared by Plaintiff Audrey Renee Anderson

*The excerpts from The Sunday Paper are identified by page number. The Divorce in the Black dialogue and timestamps are Plaintiff's transcription and scene identification based on her review of the production.*

### COMPARISON 1 - Father Encouraging Daughter Toward Another Man

#### *THE SUNDAY PAPER*

**Page 26**

And the last thing I needed was Dad playing cupid trying to make a preacher (Benjamin) his future son-in-law, so I said, "Maybe I don't want to be hooked-up!" Dad said sternly, "You don't know, you haven't met him yet."

**Page 86**

He held up a single red rose and said, "I love your bright smile," he handed me the flower, "your dad invited me to dinner, he bribed me saying that there will be sweet potato salad."

**Page 97**

Dad started singing like a songbird while looking down at the floor, "I got Shawn out of trouble when he was thrown into juvenile detention a couple of years ago." "I know," I said. He paused and looked up at me, "I made Shawn promise that he would stop going to Bethel and never talk to you again."

#### *DIVORCE IN THE BLACK*

**Timestamp 10:18**

**Pastor Clarence:** "What does that boy (Dallas) have to do for you to walk away? When you ran track, when you got close to that finish line, you attacked it. Where is your finish line?"

**Timestamp 44:17**

**Ava:** "Dad, did you know he (Benji) was gonna be here?"
**Pastor Clarence:** "I got to go get the feed."
**Benji:** "Your daddy told me to come to the store at this time."

**Plaintiff's Identified Comparison:** Plaintiff identifies a father encouraging or involving himself in his daughter's romantic life and facilitating interaction with another man.

### COMPARISON 2 - Elderly Woman / Robbery

#### *THE SUNDAY PAPER*

**Page 34**

"Ms. Taylor came home while the robber was still in her house. But he got away. She said that he jetted before she could get her pistol."

#### *DIVORCE IN THE BLACK*

**Timestamp 4:17**

"This boy is in this casket because after getting out of prison he tried to rob an elderly member of this church and she shot him dead."

**Plaintiff's Identified Comparison:** Plaintiff identifies an incident involving an older woman, a robbery, and a firearm.

## COMPARISON 3 - Daughter Returns Home to Her Parents

***THE SUNDAY PAPER***

**Pages 18-19**

"Even though we tried to talk you out of coming home," her (Bettina's Mom's) smile extended, "Bettina, we are glad to have you back."

***DIVORCE IN THE BLACK***

**Timestamp 34:07**

**Ava's Mom:** "Your daddy told me that he heard you come home last night. Hey, was it that bad? Oh Baby, it's alright. Listen, you are home now, and you are safe."

**Plaintiff's Identified Comparison:** Plaintiff identifies a daughter returning home to her parents and being welcomed and reassured by her mother.

## COMPARISON 4 - Group Assault / Fight

***THE SUNDAY PAPER***

**Page 144**

He began explaining the events that had just occurred on the football field, "I went back to break up the fight. And some guys from Thomas City saw me, and they ganged up on me." Those football fights were never personal, no one walked away with more than a scratch or a couple of bruises. Shawn's butt whipping was very personal.

***DIVORCE IN THE BLACK***

**Timestamp 1:41:57**

"Get him! Come on Preacher!"

**Timestamp 1:44:12**

**Bertran Brother:** "You see the home run I hit off that old man?"
**Bertran Brother:** "He felt that."

**Plaintiff's Identified Comparison:** Plaintiff identifies a group fight or assault involving a beating.

## COMPARISON 5 - Breaking Glass / Telephone Conversation

***THE SUNDAY PAPER***

**Page 174**

"Well, I realized that I was not the only one breaking-in when I heard someone else breaking a window. I picked up the vase getting ready to defend myself, but the robber went into a bedroom. I put the vase back, and I left. And I kept the money, I didn't want the robbers to get it." I heard a similar noise as Shawn described, it was of a breaking window, I thought that it must have spawned from my imagination. Then I heard the noise again and I knew that it was not taking place in my mind, it was taking place in the great room. Benjamin popped out of his daze, and in a flash, he was up and out of his seat checking the front window. I asked, "What's wrong, Benjamin?" Shawn heard me, and he asked in terror, "What is going on

there?"

***DIVORCE IN THE BLACK***

**Timestamp 1:46:23**

**Benji:** "Then, where are you (Ava)?" [glass shattering] "What was that? Ava, are you at your house?"

**Plaintiff's Identified Comparison:** Plaintiff identifies breaking glass or a window during a threatening situation while another character reacts with concern.

## COMPARISON 6 - "Over" / Ending and Departure

***THE SUNDAY PAPER***

**Pages 189-190**

(Bettina says to Benjamin) "I am crying because I am happy that I have you." Benjamin said from memory, "The title is Over Again by Bettina Alexander."

***DIVORCE IN THE BLACK***

**Timestamp 1:53:12**

**Ava:** "It's over. Let it be over." (Ava is addressing the mother of the Bertrans.)
**Ava's Mother:** "Ava, Come on let's go."
Benji, Ava, Pastor Clarence, and Ava's Mother are walking together to exit the hospital.

**Plaintiff's Identified Comparison:** Plaintiff identifies use of "over" near the conclusion and a departure involving principal characters.

## COMPARISON 7 - Intimate Exchange / Refusal to Make Love

***THE SUNDAY PAPER***

**Pages 162-163**

Last line of a poem written by Bettina: "I won't make love to you because I want you to fall in love with me."

***DIVORCE IN THE BLACK***

**Timestamp 1:02:51**

**Ava:** "I want you to make love to me."
**Benji:** "As much as I want to, I don't want to."

**Plaintiff's Identified Comparison:** Plaintiff identifies an intimate exchange in which making love is discussed and the man declines despite interest.

## SOURCE IDENTIFICATION

**Plaintiff's Work:** *The Sunday Paper*, by Audrey Renee Anderson.

**Accused Work:** *Divorce in the Black*.

**Purpose:** This supplement identifies passages, dialogue, scenes, timestamps, and sequences Plaintiff alleges are relevant to her claims. Statements labeled "Plaintiff's Identified Comparison" describe Plaintiff's allegations.

# EXHIBIT D
# SIDE-BY-SIDE SUBSTANTIAL-SIMILARITY COMPARISON
# THE SUNDAY PAPER AND BEAUTY IN BLACK

| No. / Feature | THE SUNDAY PAPER<br>Passage / Page | BEAUTY IN BLACK<br>Accused Scene / Dialogue | Plaintiff's Alleged Similarity |
|---|---|---|---|
| **1. Stripper / Offer of Financial Support to Quit** | The Sunday Paper, pp. 164–165: Candice explains that Isaac came to the club where she danced, later asked her to quit, gave her $300, and told her he would continue giving her money if she stopped working as a stripper. | Beauty in Black: Plaintiff states that Horace Bellarie is involved with a male stripper named Angel, wants Angel to quit stripping, and offers to house and take care of him. Plaintiff attributes to Horace the statement that he was going to put Angel and Kimmie in a house and take care of them if Angel took care of him. | Alleged similarity: a romantic/interested male character asks a stripper to leave that occupation and offers ongoing financial/material support. |
| **2. Character Name / Rain** | The Sunday Paper: Plaintiff states that "Rain" is a false/fake name associated with one of her characters. Plaintiff also describes Shawn Steels initially saying that a tattoo was a raindrop representing a girlfriend named Rain. | Beauty in Black: Plaintiff states that Rain is the name of a supporting character and that the first-season episode title "Make it Rain" references that name. Plaintiff further states that Amber Reign Smith posted that Tyler Perry told her the character's name would be Rain. | Alleged similarity: use of the name "Rain." Plaintiff's letter says supporting social-media evidence was attached, but that attachment was not included in the materials used to prepare this exhibit. |
| **3. Two Brothers / Deceased Father's Institutional Role** | The Sunday Paper: Plaintiff states that both brothers occupy roles within Bethel Baptist Church, an institution previously held together by their deceased father, who had been the pastor. One brother is a Deacon and one is the Pastor until the end of the novel, when both are pastors. Plaintiff describes their relationship, rivalry, and efforts to fill their deceased father's role. | Beauty in Black: Plaintiff states that both brothers occupy roles within Beauty in Black Cosmetics, an entity previously associated with their deceased father, who had been the CEO. The brothers own shares in the company, and Plaintiff describes their relationship, rivalry, and efforts to fill their deceased father's role. | Alleged similarity: two brothers + relationship/rivalry + roles within an entity associated with their deceased father + efforts to occupy or continue the father's institutional role. |

# EXHIBIT D-1

## SUPPORTING EVIDENCE REGARDING THE CHARACTER NAME "RAIN"

***The Sunday Paper / Beauty in Black***




**Figure D-1.** Screenshot supplied by Plaintiff. The screenshot depicts a message stating, among other things, that the sender had not started auditions for a new Netflix show and that "The characters name is Rain, she's a supporting and big role." The screenshot also displays "Tyler P." beneath the message and appears within a Facebook post attributed on-screen to Amber Reign Smith.

**Purpose of Exhibit:** Plaintiff offers this image as supporting material for her allegation concerning the use of the character name "Rain" in *Beauty in Black*. The image is reproduced as supplied by Plaintiff; the exhibit itself does not independently establish the identity of the message sender or authenticate the communication.

# EXHIBIT D

## PLAINTIFF'S TRANSCRIPT AND SCENE COMPARISON SUPPLEMENT

## *THE SUNDAY PAPER / BEAUTY IN BLACK*

### Prepared by Plaintiff Audrey Renee Anderson

*Note: The excerpts from The Sunday Paper are identified by the page numbers supplied by Plaintiff. The Beauty in Black dialogue below is Plaintiff's transcription from her review of the production at the timestamps indicated and is not represented as an official production transcript. Parenthetical or narrative descriptions identify scene context supplied by Plaintiff.*

## COMPARISON 1 - Stripper / Offer of Financial Support to Quit

### *THE SUNDAY PAPER*

**Pages 164-165**

> "Isaac came to the club last Friday night, and the bouncers let him in. I spotted him while I was dancing, but I acted like I didn't see him. He sat in the back staring at me like I disgusted him," I put my hand on her shoulder, "he called me after work and asked me to quit my job. I told him that I couldn't quit, that I didn't know how to do anything else, and I can't live off of minimum wage. Today, he gave me three hundred dollars, and he told me that he would keep giving me money if I quit."

### *BEAUTY IN BLACK*

**Season 1, Episode 11 - Timestamp 29:30**

**Horace Bellarie:** "You know what that house was."

**Angel:** "What house?"

**Horace Bellarie:** "The one I took you to."

**Angel:** "No."

**Horace Bellarie:** "I was gonna put you and Kimmie up there."

**Angel:** "For real?"

**Horace Bellarie:** "All you had to do was take care of me."

**Plaintiff's Identified Comparison:** Plaintiff identifies a similarity in which a character involved with a stripper offers housing, money, or continuing material support in connection with leaving or changing that occupation.

## COMPARISON 2 - Character Name "Rain"

### *THE SUNDAY PAPER*

**Page 80**

> "Stop calling me that," I whined like a child, "why don't you call me Cry Baby anymore?" He looked me right in my eyes, he said, "My tattoo is not a tear drop, it is a rain drop, my girl's name is Rain." I was embarrassed, but he kept talking loud enough for everyone in the parking lot to hear, "It's her, not you!"

**Page 142**

She was right, it was my fault. If I hadn't asked for Benjamin, Shawn wouldn't have gone back to the fight. I apologized, "I am sorry, Rain."

***BEAUTY IN BLACK***

Plaintiff identifies the first episode of Season 1 as "Make It Rain," which Plaintiff states references the supporting character named Rain. See Exhibit D-1 for the supporting screenshot concerning the character name "Rain."

**Plaintiff's Identified Comparison:** Plaintiff identifies the use of the name "Rain" in both works.

## COMPARISON 3 - Two Brothers / Deceased Father's Institutional Role

***THE SUNDAY PAPER***

**Page 23**

And my favorite member, Dad's brother, Deacon Alexander was present. Long before I was born, he aspired to become a preacher, right alongside Dad. That was until their dad, once pastor of Bethel, had a massive heart attack right there in the pulpit. Dad was crowned the pastor of Bethel, while Deacon Alexander vowed to never set foot in the pulpit again.

**Page 187**

Dad was now trying to cheer me up, "I wonder what made my brother get behind the podium and give the eulogy." This time I kept quiet. Mom added, "A beautiful eulogy, might I add, and for the first time in a long time, I didn't smell liquor on his breath. Baby, are you worried that he might take your church?" Dad took his eyes off of the road and landed them right on Mom, she continued, "he was ordained a long time ago, he just needs to find himself a church now that he wants to finally start preaching." Deacon Alexander announced at the end of the funeral that his hiatus from preaching was over. Dad laughed nervously, "Are you kidding, my brother knows that I am the pastor of Bethel," Mom rubbed Dad's bald-head, she said, "The older women with their flamboyant and elaborate hats," Dad touched Mom's hat which looked more like a flying saucer, "the crying babies, the whispering children, the choir singing, Sister Weathers' shouting, deacon's praying, and you behind that podium speaking the word, oh how I love Bethel." Dad put his fingers under his chin and said, "Perhaps, Bethel is big enough for three pastors, and our membership is growing,"

***BEAUTY IN BLACK***

**Season 1, Episode 9 - Timestamp 7:30**

**Olivia:** "His father was brilliant, the will for the company and the shares have so many stipulations."

**Season 1, Episode 3 - Timestamp 42:14**

**Olivia:** "I still have my shares."

**Horace:** "Why don't you sell 'em."

**Olivia:** "You know what? I don't need this."

**Horace:** "If this lawsuit catches traction, your shares, my shares, everybody's shares will be worthless."

**Plaintiff's Identified Comparison:** Plaintiff identifies family members occupying roles within an institution or company associated with a father, together with issues concerning succession, control, or continuation of the father's institutional role.

## SOURCE IDENTIFICATION

**Plaintiff's Work:** *The Sunday Paper*, by Audrey Renee Anderson.

**Accused Work:** *Beauty in Black*.

**Transcript Method:** The *Beauty in Black* dialogue and timestamps above were supplied by Plaintiff based upon her review of the production. They are presented as Plaintiff's transcription and scene identification, not as an official production transcript.

**Purpose of Supplement:** Plaintiff submits this supplement to identify passages, dialogue, scenes, timestamps, and sequences that she alleges are relevant to her copyright-infringement claims. Statements labeled "Plaintiff's Identified Comparison" describe Plaintiff's allegations.

# EXHIBIT E
## SIDE-BY-SIDE SUBSTANTIAL-SIMILARITY COMPARISON
## THE SUNDAY PAPER AND MADEA'S DESTINATION WEDDING

| No. / Feature | THE SUNDAY PAPER Passage / Page | MADEA'S DESTINATION WEDDING Accused Scene / Dialogue | Plaintiff's Alleged Similarity |
|---|---|---|---|
| **1. Foster Care / Street Life / Violent Loss / Life Change** | The Sunday Paper, p. 159: Benjamin says his father placed him in foster care at age nine because he did not want him to end up on the streets. Benjamin says he was nevertheless raised in the streets and that the Black Dukes became his family. He later learned from the newspaper obituary section that his father had been shot execution-style and describes a religious calling and decision to change his life. | Madea's Destination Wedding: Plaintiff states that the man Brian's daughter intends to marry had been in and out of foster care and tells Brian that he used to sell drugs, saw his brother killed, got out of that life, and says Brian's daughter saved him and keeps him on the right track. | Alleged similarity: foster-care background + street/criminal environment + violent death of a close family member + a relationship or spiritual experience associated with changing the character's life direction. |
| **2. Teardrop Tattoo / Symbolism** | The Sunday Paper: Plaintiff states that Shawn Steels has a tattoo on his chest that he initially describes as a raindrop connected to a girlfriend named Rain, but the protagonist later learns that it is actually a teardrop. | Madea's Destination Wedding: Plaintiff states that the accused character has a teardrop tattoo underneath his eye. | Alleged similarity: use of a teardrop tattoo as a character detail. The source letter does not identify a page number for The Sunday Paper passage. |

# EXHIBIT E

## PLAINTIFF'S TRANSCRIPT AND SCENE COMPARISON SUPPLEMENT

## *THE SUNDAY PAPER / MADEA'S DESTINATION WEDDING*

### Prepared by Plaintiff Audrey Renee Anderson

*Note: The excerpts from The Sunday Paper are identified by the page numbers supplied by Plaintiff. The Madea's Destination Wedding dialogue below is Plaintiff's transcription from her review of the production at the timestamps indicated and is not represented as an official production transcript.*

## COMPARISON 1 - Foster Care / Street Life / Violent Loss / Life Change

***THE SUNDAY PAPER***

**Page 159**

Benjamin said to the protagonist, "My dad tried to raise me, but I remember him telling me that he didn't want me to end up on the streets like him. He put me in foster care when I was nine years old," I finally wiped away the tears because I knew that more tears were coming, "it is so ironic that I was raised in the streets anyway, the Black Dukes became my family. But a couple of months ago, I read in the Obituary section of the newspaper that my dad was found dead in his apartment. He had been shot in the back of his head, execution style," his face was expressionless with only a single tear at the corner of his eye, he swallowed hard, "and right there while holding that Sunday Paper, God called me. Even though that kind of death may still be my fate, considering all of the bad things I have done, I will serve God until that day comes."

***MADEA'S DESTINATION WEDDING***

**Timestamp 1:23:30**

"I wasn't the kind of mother that baked cookies, or nothing like that. He's been in and out of foster homes, the whole nine. I did my best, but I had issues. That's why he bonded with your daughter over my issues and her mother's issues. So, I'm sorry that he didn't have a father figure to show him the way."

**Timestamp 1:29:37**

"That I used to sling dope, that I watched my brother get killed right in front of me. So I got outta the game, I started to rap, but that ain't going nowhere. Look I met your daughter, and she saved me."

**Plaintiff's Identified Comparison:** Plaintiff identifies similarities involving foster care or the absence of a father figure, street or criminal-life experiences, violent loss, and a life-changing relationship or calling.

## COMPARISON 2 - Teardrop Tattoo / Symbolism

***THE SUNDAY PAPER***

**Page 80**

I reached past the crying baby and pulled back Shawn's tank top, exposing part of a tattoo on his chest. There were words around a single tear drop etched right over his heart.

***MADEA'S DESTINATION WEDDING***

**Timestamp 18:50**

**Brown:** "What is that on the side of your eye?"

**Bam:** "Brown, that's a tear drop."

**Plaintiff's Identified Comparison:** Plaintiff identifies the presence and express identification of a teardrop tattoo or teardrop symbol in both works.

## SOURCE IDENTIFICATION

**Plaintiff's Work:** *The Sunday Paper*, by Audrey Renee Anderson.

**Accused Work:** *Madea's Destination Wedding*.

**Transcript Method:** The dialogue and timestamps above were supplied by Plaintiff based upon her review of the production. They are presented as Plaintiff's transcription and scene identification, not as an official production transcript.

**Purpose of Supplement:** Plaintiff submits this supplement to identify passages, dialogue, scenes, timestamps, and sequences that she alleges are relevant to her copyright-infringement claims. Statements labeled "Plaintiff's Identified Comparison" describe Plaintiff's allegations.

# EXHIBIT F
## SIDE-BY-SIDE SUBSTANTIAL-SIMILARITY COMPARISON
## THE SUNDAY PAPER AND FINDING JOY

| No. / Feature | THE SUNDAY PAPER Passage / Page | FINDING JOY Accused Scene / Dialogue | Plaintiff's Alleged Similarity |
|---|---|---|---|
| **1. "Everything Figured Out" Romantic Dialogue** | The Sunday Paper, p. 123: Shawn tells the protagonist, "You screw things up," and then says, "I have everything figured out, but when I am with you, I don't know a thing." | Finding Joy: Plaintiff attributes to Ridge the line, "I thought I had it all figured out, I thought my way was the right way, but you messed up my ability to be alone." | Alleged similarity: a male romantic character says he believed his life/way was figured out until the female protagonist disrupted that certainty. |
| **2. Romance-Novels / Life Mirroring Romantic Fiction** | The Sunday Paper, opening lines: The protagonist's letter states that as a little girl she loved reading romance novels, believed the stories were real, and believed God was the author of her life with love as its theme and a perfect match or soul mate created for her. | Finding Joy: Plaintiff states that Littia tells Joy she needs to stop reading romance novels and says Joy gets lost in a fantasy like the books she reads. Plaintiff further attributes to Ridge near the end, "You lived what you thought you could only read about." | Alleged similarity: the female protagonist's conception of romance/life is expressly shaped by romance novels, and the story later connects her lived romantic experience to what she had read. |

# EXHIBIT G
## SIDE-BY-SIDE SUBSTANTIAL-SIMILARITY COMPARISON
## THE SUNDAY PAPER AND JOE'S COLLEGE ROAD TRIP

| No. / Feature | THE SUNDAY PAPER Passage / Page | JOE'S COLLEGE ROAD TRIP Accused Scene / Dialogue | Plaintiff's Alleged Similarity |
|---|---|---|---|
| **1. HBCU Parent-Child Disagreement and Change of View** | The Sunday Paper, p. 17: Rev. Alexander tells Bettina that he was disappointed when she said she was not going to a Historically Black University. Bettina later thinks that she should have listened to him four years earlier and attended an HBCU. | Joe's College Road Trip: Plaintiff states that Brian defends Morehouse as a great HBCU after BJ and his friends discuss Pepperdine. Plaintiff states that after BJ's road trip with Grandad Joe, BJ changes his mind and decides to attend Morehouse. | Alleged similarity: parent favors HBCU attendance + younger character initially chooses otherwise + younger character later changes perspective toward attending an HBCU. |

# EXHIBIT H
# SIDE-BY-SIDE SUBSTANTIAL-SIMILARITY COMPARISON
# THE SUNDAY PAPER AND DIVORCED SISTAS

| No. / Feature | THE SUNDAY PAPER Passage / Page | DIVORCED SISTAS Accused Scene / Dialogue | Plaintiff's Alleged Similarity |
|---|---|---|---|
| **1. God's Forgiveness / Personal Forgiveness Dialogue** | The Sunday Paper, p. 159: The protagonist says, "If you ask God for forgiveness, he will forgive you." The other character then asks, "Do you forgive me?" | Divorced Sistas: Plaintiff states that a church member asks the First Lady, "Do you think God will forgive me?" followed by, "Will you forgive me?" | Alleged similarity: dialogue moves directly from asking/answering whether God will forgive to asking the other person for personal forgiveness. |
| **2. Pastor / Father Character Traits** | The Sunday Paper: Plaintiff describes Rev. Alexander as a good/protective father figure comfortable with firearms and Rev. Greenburg as affectionate and emotionally intimate with the protagonist. | Divorced Sistas: Plaintiff describes Pastor Jeff as a good pastor and father figure, protective of his family, comfortable with firearms, and affectionate/emotionally intimate with his wife. | Alleged similarity: overlapping pastor/father characterization. These are presented as Plaintiff's allegations; the source letter does not identify specific Sunday Paper page numbers for these traits. |
| **3. Departure from Established "Watch Her Enter the House" Ritual** | The Sunday Paper, p. 155: "I gave in, 'Ok,' and for the first time since we met, he (Rev. Greenburg) sped off without watching me go into the house." | Divorced Sistas: Plaintiff states that Pastor Jeff leaves the First Lady in the car and, for the first time, does not open the car door for her to go into the house; Plaintiff states that the break from this established behavior triggers her and she remains in the car all night. | Alleged similarity: a male partner breaks an established protective/courteous arrival-at-home ritual for the first time, and the departure carries emotional significance. |

# UNITED STATES DISTRICT COURT

for the Northern District of Georgia

Audrey Renee Anderson
Plaintiff

Civil Action No. ____________________________

v.

Tyler Perry Studios, LLC
Defendant

## SUMMONS IN A CIVIL ACTION

**To: (Defendant's name and address)**

Tyler Perry Studios, LLC
c/o C T Corporation System
289 S Culver St
Lawrenceville, GA 30046-4805

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:

Audrey Renee Anderson, Pro Se
1193 Willie C Harris Drive
Cairo, GA 39828
229-327-5860 | audreyrenee@hotmail.com

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: ____________________

______________________________________________
Signature of Clerk or Deputy Clerk

Civil Action No. ______________________

## PROOF OF SERVICE

(Complete after service; do not complete before the summons is issued.)

This summons for ______________________ was received by me on ______________.

[ ] I personally served the summons on the individual at ______________________

on ______________; or

[ ] I served the summons on ______________________, designated by law to accept service

on behalf of ______________________ on ______________; or

[ ] I returned the summons unexecuted because ______________________; or

[ ] Other: ______________________.

I declare under penalty of perjury that this information is true.

Date: ______________ Server's signature: ______________________

Printed name and title: ______________________

Server's address: ______________________

Additional information regarding attempted service:

______________________

______________________